# Exhibit A

| Section | Line | | | | |
|---|---|---|---|---|---|
| | | CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for | | | |
| A | 1 | DISTRIBUTION FUND | SEC V ALLEN RECEIVERSHIP | | |
| | 2 | SEC Action Number | - | | |
| | 3 | Case Number | 3:11-CV-00882-O | | |
| | | Period Covered in this Report: | | | |
| | 4 | From   12/8/2011 | | | |
| | 5 | To      7/17/2018 | | | |
| | | | | | |
| B | | **Increases in Fund Balance** | | | |
| | 1 | Contributions/Deposits | $ | 1,573,800.81 | |
| | 2 | Investment/Interest Income | | 754.57 | |
| | 3 | Other - Deposit from Receiver | | 156.59 | |
| | | Subtotal Funds Received | | | $  1,574,711.97 |
| C | | **Decreases in Fund Balance** | | | |
| | 1 | Gross Distributions to Claimants/Investors | | | |
| | | Less Returned & Cancelled Checks | | (994,999.76) | |
| | | Distributions to Claimants/Investors, Net | | | (994,999.76) |
| | | Payments to Other than Claimants/Investors: | | | |
| | 2 | Plan Administration Fees and Costs | | (352,230.37) | |
| | 3 | Tax Administrator Fees and Expenses | | - | |
| | 4 | Investment/Bank Fees | | (30.37) | |
| | | Income Tax Payments, Net of Refunds | | | |
| | 5 | Federal | | - | |
| | 6 | District of Columbia/State | | - | |
| | 7 | Other - describe | | - | |
| | | Subtotal Disbursements | | | (352,260.74) |
| D | | **Ending Balance** | | | $  **227,451.47** |

| Section | Line | | | | | |
|---|---|---|---|---|---|---|
| | | **SUMMARY OF DETAIL by ACCOUNTS by ACCOUNT MANAGERS for** | | | | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | | | | |
| A | 1 | DISTRIBUTION FUND | SEC V ALLEN RECEIVERSHIP | | | |
| | 2 | SEC Action Number | - | | | |
| | 3 | Case Number | 3:11-CV-00882-O | | | |
| | | **Period Covered in this Report:** | | | | |
| | 4 | From | 12/8/2011 | | | |
| | 5 | To | 7/17/2018 | | | |
| | | | | Court | Plan Admin. | Total |
| B | | **Increases in Fund Balance** | | | | |
| | 1 | Contributions/Deposits | | 900,399.10 | 673,401.71 | 1,573,800.81 |
| | 2 | Investment/Interest Income | | 754.57 | - | 754.57 |
| | 3 | Other - Deposit from Receiver | | - | 156.59 | 156.59 |
| | | Subtotal Funds Received | | 901,153.67 | 673,558.30 | 1,574,711.97 |
| C | | **Decreases in Fund Balance** | | | | |
| | 1 | Distributions to Claimants/Investors, Net | | - | (994,999.76) | (994,999.76) |
| | | Payments to Other than Claimants/Investors: | | | | |
| | 2 | Plan Administration Fees and Costs | | - | (352,230.37) | (352,230.37) |
| | 3 | Tax Administrator Fees and Expenses | | - | - | - |
| | 4 | Investment/Bank Fees | | (30.37) | - | (30.37) |
| | | Income Tax Payments, Net of Refunds | | | | |
| | 5 | Federal | | - | - | - |
| | 6 | District of Columbia/State | | - | - | - |
| | 7 | Other - describe | | - | - | - |
| | | Subtotal Disbursements | | (30.37) | (1,347,230.13) | (1,347,260.50) |
| Trf | | **Transfers** | | | | |
| | 1 | To Plan Administrator | | (864,731.30) | - | (864,731.30) |
| | 2 | From Plan Administrator | | - | - | - |
| | 3 | To Tax Administrator | | - | - | - |
| | 4 | From Tax Administrator | | - | - | - |
| | 5 | Between Accounts Held by Account Manager | | - | - | - |
| | 6 | To Court | | | - | - |
| | 7 | From Court | | | 864,731.30 | 864,731.30 |
| | | Subtotal Transfers | | (864,731.30) | 864,731.30 | - |
| D | | **Ending Balance** | | 36,392.00 | 191,059.47 | 227,451.47 |
| E | | Fund Information: Tranches from Inception | | | | |
| | | See Plan Administrator's exhibit for detail information. | | | | |

SEC v Allen Receivership
Summary
Exhibit A to CFAR

| Section | Line | U.S. DISTRICT COURT DETAIL by ACCOUNT for CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for | | | |
|---|---|---|---|---|---|
| A | 1 | DISTRIBUTION FUND | SEC V ALLEN RECEIVERSHIP | | |
|   | 2 | SEC Action Number | - | | |
|   | 3 | AP File No. / Case Number | 3:11-CV-00882-O | | |
|   |   | Period Covered in this Report: | | | |
|   | 4 | From | 12/8/2011 | | |
|   | 5 | To | 7/17/2018 | | |

|   |   |   |   | Northern District of Texas | |
|---|---|---|---|---|---|
|   |   |   |   | SEC v Allen et al | |
|   |   |   |   | 3:11-CV-00882-O | |
|   |   | DESCRIPTION | DATE | AMOUNT | TOTAL |
| B | 1 | CONTRIBUTIONS/DEPOSITS | | | |
|   |   | Settlement Funds Deposited | 2011 | 114,339.22 | 114,339.22 |
|   |   | Settlement Funds Deposited | 2012 | 174,110.00 | 174,110.00 |
|   |   | Settlement Funds Deposited | 2014 | 576,982.86 | 576,982.86 |
|   |   | Settlement Funds Deposited | 2015 | 10,320.42 | 10,320.42 |
|   |   | Settlement Funds Deposited | 2016 | 10,758.64 | 10,758.64 |
|   |   | Settlement Funds Deposited | 2017 | 10,258.64 | 10,258.64 |
|   |   | Settlement Funds Deposited | 1/1-7/17/2018 | 3,629.32 | 3,629.32 |
|   |   |   |   |   | - |
|   |   | Total to Line B 1 |   | 900,399.10 | 900,399.10 |
| B | 2 | INVESTMENT/INTEREST EARNINGS | | | |
|   |   | Total Earnings Posted to Account Annual Total | 2011 | 0.14 | 0.14 |
|   |   | Total Earnings Posted to Account Annual Total | 2012 | 89.67 | 89.67 |
|   |   | Total Earnings Posted to Account Annual Total | 2013 | 65.96 | 65.96 |
|   |   | Total Earnings Posted to Account Annual Total | 2014 | 108.31 | 108.31 |
|   |   | Total Earnings Posted to Account Annual Total | 2015 | 1.77 | 1.77 |
|   |   | Total Earnings Posted to Account Annual Total | 2016 | 34.56 | 34.56 |
|   |   | Total Earnings Posted to Account Annual Total | 2017 | 196.72 | 196.72 |
|   |   | Total Earnings Posted to Account Annual Total | 1/1-7/17/2018 | 257.44 | 257.44 |
|   |   |   |   |   | - |
|   |   | Total to Line B 2 |   | 754.57 | 754.57 |
| B | 3 | OTHER INCREASES IN FUND BALANCE | | | |
|   |   |   |   |   | - |
|   |   | Total to Line B 3 |   | - | - |
| C | 1 | DISBURSEMENTS TO INVESTORS | | | |
|   |   |   |   |   | - |
|   |   | Total to Line C 1 |   | - | - |

SEC v Allen Receivership
Court detail by account
Exhibit B - To CFAR  page 3 of 12

| Section | Line | U.S. DISTRICT COURT DETAIL by ACCOUNT for<br>CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for | |
|---|---|---|---|
| A | 1 | DISTRIBUTION FUND | SEC V ALLEN RECEIVERSHIP |
|   | 2 | SEC Action Number | - |
|   | 3 | AP File No. / Case Number | 3:11-CV-00882-O |
|   |   | Period Covered in this Report: | |
|   | 4 | From | 12/8/2011 |
|   | 5 | To | 7/17/2018 |

|   |   |   |   | Northern District of Texas<br>SEC v Allen et al<br>3:11-CV-00882-O | |
|---|---|---|---|---|---|
|   |   | DESCRIPTION | DATE | AMOUNT | TOTAL |
| C | 2 | **PLAN ADMINISTRATION FEES and COSTS** | | | |
|   |   | | | | - |
|   |   | Total to Line C 2 | | - | - |
| C | 3 | **TAX ADMINISTRATOR FEES & BONDS** | | | |
|   |   | Bonds: | | | |
|   |   | | | | - |
|   |   | Total Bond Fees Paid | | - | - |
|   |   | Tax Administrator Fees: | | | |
|   |   | | | | - |
|   |   | Total Tax Administrator Fees Paid | | - | - |
|   |   | Total to Line C 3 | | - | - |
| C | 4 | **INVESTMENT EXPENSES including**<br>BUREAU OF PUBLIC DEBT (BPD) FEES or<br>COURT REGISTRY INVESTMENT SYSTEM (CRIS) FEES | | | |
|   |   | Total CRIS Fees Paid from Account Annual Total | 2011 | (0.02) | (0.02) |
|   |   | Total CRIS Fees Paid from Account Annual Total | 2012 | (9.01) | (9.01) |
|   |   | Total CRIS Fees Paid from Account Annual Total | 2013 | (6.60) | (6.60) |
|   |   | Total CRIS Fees Paid from Account Annual Total | 2014 | (11.01) | (11.01) |
|   |   | Total CRIS Fees Paid from Account Annual Total | 2015 | (0.66) | (0.66) |
|   |   | Total CRIS Fees Paid from Account Annual Total | 2016 | (3.07) | (3.07) |
|   |   | Total to Line C 4 | | (30.37) | (30.37) |
| C | 5 | **FEDERAL TAX (PAYMENTS) / REFUNDS** | | | |
|   |   | | | | - |
|   |   | Total to Line C 5 | | - | - |

SEC v Allen Receivership
Court detail by account
Exhibit B - To CFAR  page 4 of 12

| Section | Line | | | | |
|---|---|---|---|---|---|
| | | **U.S. DISTRICT COURT DETAIL by ACCOUNT for** | | | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | | | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V ALLEN RECEIVERSHIP** | | |
| | 2 | **SEC Action Number** | - | | |
| | 3 | **AP File No. / Case Number** | 3:11-CV-00882-O | | |
| | | **Period Covered in this Report:** | | | |
| | 4 | From | 12/8/2011 | | |
| | 5 | To | 7/17/2018 | | |

| | | | | **Northern District of Texas** | |
| | | | | **SEC v Allen et al** | |
| | | | | **3:11-CV-00882-O** | |
| Section | Line | DESCRIPTION | DATE | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| **C** | 6 | DISTRICT OF COLUMBIA (DC) & STATE TAX PAYMENTS | | | - |
| | | Total to Line C 6 | | - | - |
| **C** | 7 | OTHER DECREASES IN FUND BALANCE | | | - |
| | | Total to Line C 7 | | - | - |
| **TRF** | | TRANSFERS BETWEEN ACCOUNTS | | | |
| | 1 | To Plan Administrator: | | | |
| | | To Comerica Bank - 1444 | 2/4/2015 | (864,731.30) | (864,731.30) |
| | | Total Transfers to Plan Administrator | | (864,731.30) | (864,731.30) |
| | 2 | From Plan Administrator: | | | - |
| | | Total Transfers from Plan Administrator | | - | - |
| | 3 | To Tax Administrator: | | | - |
| | | Total Transfers to Tax Administrator | | - | - |
| | 4 | From Tax Administrator: | | | - |
| | | Total Transfers from Tax Administrator | | - | - |
| | 5 | Between Accounts Held by this Account Manager: | | | - |
| | | Total Transfers Between Accounts Herein | | - | - |
| | | Total Transfers, Net | | (864,731.30) | (864,731.30) |

SEC v Allen Receivership
Court detail by account
Exhibit B - To CFAR  page 5 of 12

| Section | Line | | |
|---|---|---|---|
| A | 1 | U.S. DISTRICT COURT DETAIL by ACCOUNT for<br>CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for<br>DISTRIBUTION FUND | SEC V ALLEN RECEIVERSHIP |
| | 2 | SEC Action Number | - |
| | 3 | AP File No. / Case Number | 3:11-CV-00882-O |
| | | Period Covered in this Report: | |
| | 4 | From | 12/8/2011 |
| | 5 | To | 7/17/2018 |

|  |  | Northern District of Texas |  |
|---|---|---|---|
|  |  | SEC v Allen et al |  |
|  |  | 3:11-CV-00882-O |  |
| DESCRIPTION | DATE | AMOUNT | TOTAL |

**SUM**  SUMMARY and RECONCILIATION to ENDING ACCOUNT BALANCES

| | | | |
|---|---|---|---|
| Total Increases | Section B | 901,153.67 | 901,153.67 |
| Less: Total Decreases | Section C | (30.37) | (30.37) |
| Total Transfers Between Accounts | TRF | (864,731.30) | (864,731.30) |
| Ending Balance | | 36,392.00 | 36,392.00 |

**H**  **Prepared by:**

This exhibit has been prepared from information obtained from the Clerk of the U.S. District Court Northern District of Texas which we believe to be accurate and reliable. We have neither audited nor verified this data and offer no assurance as to its completeness.

1. Miller Kaplan Arase, LLP
   (entity name)

2. *(signature)*  —  Jude Damasco (printed name)

3. Partner (title)  —  8/13/2018 (date)

SEC v Allen Receivership
Court detail by account
Exhibit B - To CFAR   page 6 of 12

| Section | Line | | | | |
|---|---|---|---|---|---|
| | | **PLAN ADMINISTRATOR'S DETAIL by ACCOUNT for** | | | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | | | |
| A | 1 | **DISTRIBUTION FUND** | **SEC V ALLEN RECEIVERSHIP** | | |
| | 2 | **SEC Action Number** | - | | |
| | 3 | **AP File No. / Case Number** | 3:11-CV-00882-O | | |
| | | **Period Covered in this Report:** | | | |
| | 4 | **From** | 12/8/2011 | | |
| | 5 | **To** | 7/17/2018 | | |

| | | | | Comerica Bank -1444 | |
| | | | | Michael J. Uhl Receiver | |
| | | DESCRIPTION | DATE | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| B | 1 | CONTRIBUTIONS/DEPOSITS | | | |
| | | Proceeds from amended Receivership order | 6/22/2012 | 184,303.19 | 184,303.19 |
| | | Funds located and recovered | 5/20/2013 | 159,662.05 | 159,662.05 |
| | | Funds located and recovered | 6/11/2013 | 35,429.48 | 35,429.48 |
| | | Sale of Shell | 4/14/2014 | 10,000.00 | 10,000.00 |
| | | Funds located and recovered | 2/4/2015 | 121,397.70 | 121,397.70 |
| | | Funds located and recovered | 2/6/2015 | 656.29 | 656.29 |
| | | Clawback proceeds | 2/22/2016 | 7,500.00 | 7,500.00 |
| | | Clawback proceeds | 3/10/2016 | 13,875.00 | 13,875.00 |
| | | Sale of DBA associated with a Receivership entity | 3/10/2016 | 200.00 | 200.00 |
| | | Clawback proceeds | 5/5/2016 | 12,228.00 | 12,228.00 |
| | | Clawback proceeds | 9/7/2016 | 2,500.00 | 2,500.00 |
| | | Note payment | 9/16/2016 | 5,000.00 | 5,000.00 |
| | | Note payment | 10/11/2016 | 5,000.00 | 5,000.00 |
| | | Note payment | 11/15/2016 | 5,000.00 | 5,000.00 |
| | | Returned note payment | 11/17/2016 | (5,000.00) | (5,000.00) |
| | | Note payment | 12/1/2016 | 5,000.00 | 5,000.00 |
| | | Note payment | 1/3/2017 | 5,000.00 | 5,000.00 |
| | | Note payment | 3/24/2017 | 5,000.00 | 5,000.00 |
| | | Note payment | 5/16/2017 | 5,000.00 | 5,000.00 |
| | | Note payment | 6/27/2017 | 5,000.00 | 5,000.00 |
| | | Note payment | 6/27/2017 | 5,000.00 | 5,000.00 |
| | | Note payment | 8/14/2017 | 5,000.00 | 5,000.00 |
| | | Note payment | 9/11/2017 | 5,000.00 | 5,000.00 |
| | | Note payment | 10/10/2017 | 5,000.00 | 5,000.00 |
| | | Note payment | 11/13/2017 | 5,000.00 | 5,000.00 |
| | | Note payment | 2/12/2018 | 5,000.00 | 5,000.00 |
| | | Note payment | 2/23/2018 | 10,000.00 | 10,000.00 |
| | | Note payment | 3/14/2018 | 5,000.00 | 5,000.00 |
| | | Note payment | 4/11/2018 | 45,000.00 | 45,000.00 |
| | | Note payment | 4/12/2018 | 45,000.00 | 45,000.00 |
| | | Returned note payment | 4/12/2018 | (45,000.00) | (45,000.00) |
| | | Expense reimbursement | 5/30/2018 | 650.00 | 650.00 |
| | | | | | - |
| | | Total to Line B 1 | | 673,401.71 | 673,401.71 |

SEC v Allen Receivership
Plan Admin detail by acct
Exhibit C - To CFAR  page 7 of 12

| Section | Line | PLAN ADMINISTRATOR'S DETAIL by ACCOUNT for<br>CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for | | | |
|---|---|---|---|---|---|
| A | 1 | DISTRIBUTION FUND | SEC V ALLEN RECEIVERSHIP | | |
|   | 2 | SEC Action Number | - | | |
|   | 3 | AP File No. / Case Number | 3:11-CV-00882-O | | |
|   |   | **Period Covered in this Report:** | | | |
|   | 4 | From | 12/8/2011 | | |
|   | 5 | To | 7/17/2018 | | |

| | | | | Comerica Bank -1444 | |
| | | | | **Michael J. Uhl Receiver** | |
| Section | Line | DESCRIPTION | DATE | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| B | 2 | INVESTMENT/INTEREST EARNINGS | | | - |
|   |   | Total to Line B 2 | | - | - |
| B | 3 | OTHER INCREASES IN FUND BALANCE | | | |
|   |   | Deposit from Receiver | 5/4/2012 | 156.59 | 156.59 |
|   |   | | | | - |
|   |   | Total to Line B 3 | | 156.59 | 156.59 |
| C | 1 | DISBURSEMENTS TO INVESTORS | | | |
|   |   | Disbursements to Investors | 2015 | (994,999.76) | (994,999.76) |
|   |   | | | | - |
|   |   | Total to Line C 1 | | (994,999.76) | (994,999.76) |

SEC v Allen Receivership
Plan Admin detail by acct
Exhibit C - To CFAR  page 8 of 12

| Section | Line | PLAN ADMINISTRATOR'S DETAIL by ACCOUNT for<br>CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for | | |
|---|---|---|---|---|
| A | 1 | DISTRIBUTION FUND | SEC V ALLEN RECEIVERSHIP | |
|   | 2 | SEC Action Number | - | |
|   | 3 | AP File No. / Case Number | 3:11-CV-00882-O | |
|   |   | Period Covered in this Report: | | |
|   | 4 | From | 12/8/2011 | |
|   | 5 | To | 7/17/2018 | |

| | | | Comerica Bank -1444 | |
| | | | Michael J. Uhl Receiver | |
| Section | Line | DESCRIPTION | DATE | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| C | 2 | PLAN ADMINISTRATION FEES and COSTS | | | |
| | | Check stock charge reimbursed to Receiver | 4/4/2012 | (156.59) | (156.59) |
| | | Freeman Resource Group, L.L.C. | 2/28/2013 | (53,050.00) | (53,050.00) |
| | | Protegga LLC | 2/28/2013 | (4,200.00) | (4,200.00) |
| | | Deloitte Financial Advisory Services LLP | 3/4/2013 | (3,956.00) | (3,956.00) |
| | | Shelburne Fischer Sheely CPA's, PC | 3/5/2013 | (5,812.50) | (5,812.50) |
| | | Receiver | 3/5/2013 | (10,052.25) | (10,052.25) |
| | | Fitzpatrick Hagood Smith & Uhl LLP | 3/7/2013 | (18,488.76) | (18,488.76) |
| | | Shelburne Fischer Sheely CPA's, PC | 2/5/2014 | (20,892.00) | (20,892.00) |
| | | Quilling, Selander, Lownds, Winslett & Mosier | 2/10/2014 | (2,040.00) | (2,040.00) |
| | | Shelburne Fischer Sheely CPA's | 12/23/2014 | (10,800.00) | (10,800.00) |
| | | Freeman Resource Group, L.L.C. | 12/23/2014 | (37,445.00) | (37,445.00) |
| | | Receiver | 12/23/2014 | (8,308.40) | (8,308.40) |
| | | Fitzpatrick Hagood Smith & Uhl LLP | 12/30/2014 | (34,560.55) | (34,560.55) |
| | | Quilling, Selander, Lownds, Winslett & Mosier | 1/13/2015 | (2,490.00) | (2,490.00) |
| | | Freeman Resource Group, L.L.C. | 12/30/2015 | (17,865.00) | (17,865.00) |
| | | Fitzpatrick Hagood Smith & Uhl LLP | 12/31/2015 | (11,950.60) | (11,950.60) |
| | | Shelburne Fischer Sheely CPA's, PC | 1/4/2016 | (14,468.50) | (14,468.50) |
| | | Receiver | 1/7/2016 | (19,571.50) | (19,571.50) |
| | | Freeman Resource Group, L.L.C. | 9/21/2016 | (17,102.50) | (17,102.50) |
| | | Shelburne Fischer Sheely CPA's, PC | 9/22/2016 | (10,100.00) | (10,100.00) |
| | | Fitzpatrick Hagood Smith & Uhl LLP | 9/29/2016 | (10,805.69) | (10,805.69) |
| | | Receiver | 9/29/2016 | (9,675.25) | (9,675.25) |
| | | Fitzpatrick Hagood Smith & Uhl LLP | 12/22/2017 | (7,705.03) | (7,705.03) |
| | | Freeman Resource Group, L.L.C. | 12/22/2017 | (7,775.00) | (7,775.00) |
| | | Receiver | 12/22/2017 | (5,590.00) | (5,590.00) |
| | | Miller Kaplan Arase LLP | 12/27/2017 | (6,274.25) | (6,274.25) |
| | | Shelburne Fischer Sheely CPA's, PC | 12/28/2017 | (1,095.00) | (1,095.00) |
| | | | | | - |
| | | Total to Line C 2 | | (352,230.37) | (352,230.37) |

SEC v Allen Receivership
Plan Admin detail by acct
Exhibit C - To CFAR  page 9 of 12

| Section | Line | | | | |
|---|---|---|---|---|---|
| | | **PLAN ADMINISTRATOR'S DETAIL by ACCOUNT for** | | | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | | | |
| A | 1 | **DISTRIBUTION FUND** | **SEC V ALLEN RECEIVERSHIP** | | |
| | 2 | **SEC Action Number** | - | | |
| | 3 | **AP File No. / Case Number** | 3:11-CV-00882-O | | |
| | | **Period Covered in this Report:** | | | |
| | 4 | From | 12/8/2011 | | |
| | 5 | To | 7/17/2018 | | |
| | | | | Comerica Bank -1444 | |
| | | | | Michael J. Uhl Receiver | |
| | | DESCRIPTION | DATE | AMOUNT | TOTAL |
| C | 3 | TAX ADMINISTRATOR FEES & BONDS | | | |
| | | Bonds: | | | - |
| | | Total Bond Fees Paid | | - | - |
| | | Tax Administrator Fees: | | | - |
| | | Total Tax Administrator Fees Paid | | - | - |
| | | Total to Line C 3 | | - | - |
| C | 4 | INVESTMENT EXPENSES including | | | |
| | | BUREAU OF PUBLIC DEBT (BPD) FEES or | | | |
| | | COURT REGISTRY INVESTMENT SYSTEM (CRIS) FEES | | | - |
| | | Total to Line C 4 | | - | - |
| C | 5 | FEDERAL TAX (PAYMENTS) / REFUNDS | | | |
| | | Total to Line C 5 | | - | - |
| C | 6 | DISTRICT OF COLUMBIA (DC) & STATE TAX PAYMENTS | | | - |
| | | Total to Line C 6 | | - | - |
| C | 7 | OTHER DECREASES IN FUND BALANCE | | | |
| | | Harland Clarke check order fee | 4/9/2018 | (82.91) | (82.91) |
| | | Harland Clarke check order fee returned | 5/8/2018 | 82.91 | 82.91 |
| | | | | | - |
| | | Total to Line C 7 | | - | - |

SEC v Allen Receivership
Plan Admin detail by acct
Exhibit C - To CFAR  page 10 of 12

| Section | Line | PLAN ADMINISTRATOR'S DETAIL by ACCOUNT for CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for | | | |
|---|---|---|---|---|---|
| **A** | 1 | DISTRIBUTION FUND | SEC V ALLEN RECEIVERSHIP | | |
| | 2 | SEC Action Number | - | | |
| | 3 | AP File No. / Case Number | 3:11-CV-00882-O | | |
| | | Period Covered in this Report: | | | |
| | 4 | From | 12/8/2011 | | |
| | 5 | To | 7/17/2018 | | |

| | | | | Comerica Bank -1444 | |
| | | | | Michael J. Uhl Receiver | |
| | | DESCRIPTION | DATE | AMOUNT | TOTAL |

| | | | | | |
|---|---|---|---|---|---|
| **TRF** | | TRANSFERS BETWEEN ACCOUNTS | | | |
| | 1 | To Plan Administrator: | | | - |
| | | Total Transfers to Plan Administrator | | - | - |
| | 2 | From Plan Administrator: | | | - |
| | | Total Transfers from Plan Administrator | | - | - |
| | 3 | To Tax Administrator: | | | |
| | | Total Transfers to Tax Administrator | | - | - |
| | 4 | From Tax Administrator: | | | - |
| | | Total Transfers from Tax Administrator | | - | - |
| | 5 | Between Accounts Held by this Account Manager: | | | - |
| | | Total Transfers Between Accounts Herein | | - | - |
| | 6 | To Court: | | | - |
| | | | | | - |
| | | Total Transfers to Court | | - | - |
| | 7 | From Court: | | | |
| | | Transfer from SEC | 2/4/2015 | 864,731.30 | 864,731.30 |
| | | | | | - |
| | | Total Transfers from Court | | 864,731.30 | 864,731.30 |
| | | Total Transfers, Net | | 864,731.30 | 864,731.30 |

SEC v Allen Receivership
Plan Admin detail by acct
Exhibit C - To CFAR  page 11 of 12

| Section | Line | PLAN ADMINISTRATOR'S DETAIL by ACCOUNT for<br>CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for | | |
|---|---|---|---|---|
| A | 1 | DISTRIBUTION FUND | SEC V ALLEN RECEIVERSHIP | |
|   | 2 | SEC Action Number | - | |
|   | 3 | AP File No. / Case Number | 3:11-CV-00882-O | |
|   |   | Period Covered in this Report: | | |
|   | 4 | From | 12/8/2011 | |
|   | 5 | To | 7/17/2018 | |

|  |  | Comerica Bank -1444 |  |
|---|---|---|---|
|  |  | Michael J. Uhl Receiver |  |
| DESCRIPTION | DATE | AMOUNT | TOTAL |

| Section | | | | |
|---|---|---|---|---|
| SUM | SUMMARY and RECONCILIATION to ENDING ACCOUNT BALANCES | | | |
|   | Total Increases | Section B | 673,558.30 | 673,558.30 |
|   | Less: Total Decreases | Section C | (1,347,230.13) | (1,347,230.13) |
|   | Total Transfers Between Accounts | TRF | 864,731.30 | 864,731.30 |
|   | Ending Balance | | 191,059.47 | 191,059.47 |

| Section | | | | | |
|---|---|---|---|---|---|
| E | Fund Information:   Tranches from Inception | | | | |
|   | | Distributions | | | |
|   | | # Issued | Date | Gross Payments | Net Distributed |
|   | | | | - | - |
|   | | | | - | - |
|   | | | | - | - |
|   | | Total | | - | - |

| Section | Line | | |
|---|---|---|---|
| H | | **Prepared by:** | |
|   | 1 | _____ | |
|   |   | (fund administrator) | |
|   | 2 | _____ | _____ |
|   |   | (signature) | (printed name) |
|   | 3 | _____ | _____ |
|   |   | (title) | (date) |

SEC v Allen Receivership
Plan Admin detail by acct
Exhibit C - To CFAR  page 12 of 12