IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | |
| DAVID RONALD ALLEN, et al., | | Civil Action No. 3:11-cv-00882-O |
| Defendants, | | |
| and | | |
| PATRICIA ALLEN, et al., | | |
| Relief Defendants. | | |

## ORDER

Before the Court is the Receiver's Unopposed Seventh Application to Allow and Pay Professionals' Fees (ECF No. 357), filed August 31, 2018. The Receiver seeks to pay fees and expenses incurred as follows:

- RRR - $16,014.00

- SFS - $945.00

- FRG - $9,007.50

- MKA - $2,225.75

- The Receiver - $10,051.60

No opposition has been filed to this Application. Counsel for the Securities and Exchange Commission does not oppose the relief sought.

Based on a review of the Application and the pleadings on file, the Court finds that good cause exists for granting the relief requested. Accordingly, the Court **GRANTS** the Application and **ORDERS** that the Receiver is authorized to immediately pay the requested fees and expenses.

**SO ORDERED** on this **11th day** of **September, 2018.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**